# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE MURPHY,<br>　　　　Petitioner<br>　　v.<br>J. SULLIVAN,<br>　　　　Respondent. | Case No. 2:19-cv-02726-PA (GJS)<br><br>JUDGMENT |

Pursuant to the Court's Order: Summarily Dismissing Petition Without Prejudice; And Denying Certificate Of Appealability,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: July 31, 2019

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE